

**U.S. Department of Justice**

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

June 15, 2020

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 1 7 2020

**VIA ECF**
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Bryam Mendoza v. Decker, et al.*, 20 Civ. 4375 (GBD)

Dear Judge Daniels:

This Office represents the government in the above-referenced habeas action brought under 28 U.S.C. § 2241 by petitioner Bryam Mendoza ("petitioner"), an alien in civil immigration detention at the Bergen County Jail located in Hackensack, NJ. The government's opposition in response to the habeas petition and motion for an order to show cause, preliminary injunction, and a temporary restraining order (the "TRO Motion") is due June 17, 2020. *See* ECF No. 3. I write respectfully to request permission to file under seal the petitioner's medical records from the Bergen County Jail. Petitioner's counsel consents to this request.

Although Rule 1.D of the Court's Individual Rules and Practices specifies that prior permission of the Court is not required to file certain documents (including medical records) under seal, the ECF filing system appears to contemplate that a party seeking to file under seal must reference a court order authorizing a sealed filing. The government therefore respectfully requests that the Court grant leave to file the petitioner's medical records under seal on ECF.

I thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by:   */s/ Rebecca R. Friedman*
REBECCA R. FRIEDMAN
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel:   (212) 637-2614
Fax:   (212) 637-2686
rebecca.friedman@usdoj.gov

cc (via ECF):   Counsel for Petitioner