```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 3 0 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BRYAM MENDOZA,

                        Petitioner,

       -against-                           ORDER

DIRECTOR THOMAS DECKER, *Director of New York*    20 Civ. 4375 (GBD)
*Field Office, U.S. Immigration and Customs*
*Enforcement*, ACTING SECRETARY CHAD WOLF,
*Acting Secretary, U.S. Department of Homeland Security*,
WILLIAM BARR, *U.S. Attorney General*, WARDEN
STEVEN AHRENDT, *Warden, Bergen County Jail*,

                        Respondents.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

       For the reasons stated on the record during today's show cause hearing, Petitioner Bryam Mendoza's motion for a temporary restraining order and preliminary injunction, (ECF No. 2), is DENIED. The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
       June 30, 2020

                                                     SO ORDERED.

                                                    *George B. Daniels*
                                                    GEORGE B. DANIELS
                                                    United States District Judge